UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.:   17-37941 |
| | ) | |
| JOHN JOSEPH MASCIO, | ) | Chapter:  13 |
| KARYN KAY MASCIO, | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Selene Finance LP as servicing agent for NJCC Fund #5 Trust, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Selene Finance LP as servicing agent for NJCC Fund #5 Trust and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 3268 N Schultz Dr, Lansing, Illinois 60438.

~~Bankruptcy Rule 4001 (a)(3) is waived and not applicable.~~

Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:

**0 4 SEP 2018**

Honorable A. Benjamin Goldgar

Dated:

United States Bankruptcy Judge

**Prepared by:**
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088
File #: BK-007054-17